472 A.2d 258

Commonwealth v. Gregory, Appellant.

Petition for Allowance of Appeal
Denied May 31, 1984.

Submitted November 18, 1983. Charles A. Cunningham, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.